UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA MOTORS, INC., et al.,<br><br>   Petitioners,<br><br> v.<br><br>CRISTINA BALAN,<br><br>   Respondent. | Case No. 21-cv-09325-HSG<br><br>**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 34 |

Pending before the Court is Respondent Cristina Balan's second motion to extend the deadline to file a reply in support of her pending motion to dismiss. *See* Dkt. No. 34. The Court **GRANTS** the motion for an extension of time. Ms. Balan shall file her reply brief by April 7, 2022. The Court is not inclined to grant any further extensions absent a compelling showing of good cause.

  **IT IS SO ORDERED.**

Dated: 3/23/2022

                    */s/ Haywood S. Gilliam, Jr.*
                    HAYWOOD S. GILLIAM, JR.
                    United States District Judge