Cristina Balan
CBALAN.J2019@GMAIL.COM
150 E Laurel St, 246
Foley, AL 36535
*PRO SE for Respondent*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| TESLA MOTORS AND ELON MUSK<br><br>Petitioners,<br><br>vs.<br><br>CRISTINA BALAN,<br><br>Respondent | **Case No.: 4:21-cv-09325-HSG**<br><br>**ORDER ON RESPONDENT MOTION TO EXTEND TIME TO FILE THE OPPOSITION TO THE PETITIONERS PETITON TO CONFIRM THE ARBITRATION AWARD AS PER ORDER DKT.41 FROM JULY 26, 2022** |

Pending before the court is Responded Cristina Balan's motion to extend time due to critical medical conditions Dkt.43. Finding good cause, the Motion to extend time is **GRANTED**.

Respondent Cristina Balan shall file her Opposition to Petitioners petition to confirm the arbitration award, August 19, 2022, and the petitioners may file a reply on August 26, 2022.

**IT IS SO ORDERED.**

Dated: 8/15/2022

*Haywood S. Gill, Jr.*

HAYWOOD S. GILLIAM. JR.

United State District Judge

ORDER ON RESPONDENT MOTION TO EXTEND TIME TO FILE THE OPPOSITION TO THE PETITIONERS PETITON TO CONFIRM THE ARBITRATION AWARD AS PER ORDER DKT.41 FROM JULY 26, 2022

- 1 -