UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TESLA MOTORS, INC., et al.,

    Plaintiffs,

v.

CRISTINA BALAN,

    Defendant.

Case No.  21-cv-09325-HSG

**JUDGMENT**

    Judgment is hereby entered consistent with the Court's Order Granting Petition to Confirm Arbitration Award,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 26th day of September, 2022.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.